UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: <br> VENTECH ENGINEERS LP et al., <br><br> Debtors,[1] <br><br> RODNEY D. TOW, CHAPTER 7 TRUSTEE FOR THE ESTATE OF VENTECH XTL OKLAHOMA CITY, LLC <br> Plaintiff, <br><br> v. <br><br> MEITEC, INC., <br> Defendant. | § § § § § § § § § § § § § § § § § § § | Case No. 17-33203 <br><br> Jointly Administered <br><br> Adversary No. 19 - 03623 |

### AFFIDAVIT OF CHARLES M. RUBIO IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

CHARLES M. RUBIO, being duly sworn, deposes and says:

1. I submit this Affidavit in support of the Trustee's Request for Entry of Default.

2. I am a partner employed by Diamond McCarthy LLP, counsel to Rodney D. Tow in his capacity as the Chapter 7 Trustee for the Estate of Ventech XTL Oklahoma City, LLC (the "Trustee"). I am over the age of 18 years, and not a party to the above-captioned action.

3. The statements in this Affidavit based on my personal knowledge.

---

[1] The names of the debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Ventech Engineers L.P. (0943); Ventech Engineers LLC (7644); Ventech Fabrication Services LLC (6482); Ventech Engineers International LLC (5030); Ventech Energy LLC (1829); Ventech Engineers North America LLC (7325); Ventech Engineers USA LLC (7499); Ventech Vessel Fabricators LLC (6525); Ventech Global Projects, Inc. (9146); Ventech International Projects LLC (2187); Ventech Global Construction, LLC (0736); Ventech Modular Fabricators LLC (2960); Ventech Refining Solutions LLC (6454); Ventech Plant Constructors LLC (5107); Ventech Engineers & Fabricators, LLC (2106); Ventech Industrial Contractors, LLC (6482); Ventech XTL LLC (2500); and Ventech XTL Oklahoma City LLC (5549).

4. On September 30, 2019, the Trustee commenced the above-captioned adversary proceeding against Meitec, Inc. by filing an Adversary Complaint (the "Complaint"). [ECF 1].

5. The Complaint establishes the value of the claims at a sum certain of $147,349.69 [ECF 1 ¶ 17].

6. On October 3, 2019, the Clerk of the Court issued the Summons in this Adversary Proceeding. [ECF 7]. The Summons directed that any answer or response to the Complaint should be filed within thirty days of the issuance of the Summons.

7. On October 3, 2019, true and correct copies of the Summons and Complaint were served on Defendant through its registered agent, Cogency Global, Inc., by regular, first class United States mail, postage fully pre-paid, as evidenced by the Certificate of Service filed with the Court on October 3, 2019. [ECF 8].

8. On December 31, 2019, Diamond McCarthy LLP verified that Cogency Global Inc. remains the registered agent and the address Diamond McCarthy LLP served the Complaint remains current. Attached as Exhibit A to this affidavit is a true and correct copy of the information Diamond McCarthy LLP verified on December 31, 2019.

9. As of the date of this filing, Defendant has failed to answer the Complaint.

Dated: January 8, 2020

_____
Charles M. Rubio

Sworn to before me this 8th day of January, 2020.

_____
Notary Public

JUANA SAUCEDA
Notary ID #130358959
My Commission Expires
September 3, 2023

12/31/2019                                                          BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

# TEXAS SECRETARY of STATE
# RUTH R. HUGHS

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 803089099 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | August 9, 2018 | **Entity Status:** | In existence |
| **Formation Date:** | March 4, 1997 | | |
| **Tax ID:** | 17213066362 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | MEITEC, Inc. | | |
| **Address:** | 2800 VETERANS BLVD STE 260 METAIRIE, LA 70002 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name** | | **Address** | | | **Inactive Date** |
| COGENCY GLOBAL INC. | | 1601 Elm St., Suite 4360 Dallas, TX 75201 USA | | | |

[ Order ]   [ Return to Search ]

Instructions:
• To place an order for additional information about a filing press the 'Order' button.